UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

LAMONT LOMACK,

    Plaintiff,

v.

CDCR OFFICIAL CAPACITY,

    Defendant.

No. C 15-1226 NJV (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. In the initial review order on April 2, 2015, the court found that plaintiff had failed to state a claim on which relief could be granted and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend have passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is therefore **DISMISSED** for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: June 29, 2015.

    NANDOR J. VADAS
    United States Magistrate Judge